STATE v. FULCHER

No. 149 PC.

Case below: 20 N.C. App. 259.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 March 1974.

STATE v. GOLDEN

No. 11 PC.

Case below: 20 N.C. App. 451.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 March 1974.

STATE v. KING

No. 9 PC.

Case below: 20 N.C. App. 505.

Petition by the State for writ of certiorari to North Carolina Court of Appeals allowed 5 March 1974.

STATE v. REISCH

No. 4 PC.

Case below: 20 N.C. App. 481.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 March 1974.

STATE v. SPEED

No. 129 PC.

Case below: 20 N.C. App. 76.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 March 1974.